UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| VERNON NORMAN EARLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-30-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The Plaintiff, Vernon Norman Earle, brought this action pursuant to the Federal Tort Claims Act alleging that certain of his rights were violated during his term of incarceration. [R. 2]. An appropriate Scheduling Order was entered [R. 34] and this matter was referred to United States Magistrate Judge J. Gregory Wehrman for conducting all further proceedings, including preparing proposed findings of fact and recommendations on any dispositive motions in accordance with 28 U.S.C. §636(b). [Id.; R. 49]. Only the final pretrial confernece and trial were excepted from the referral. [*See id.*].

On February 12, 2008, Magistrate Judge Wehrman issued a Report and Recommendation regarding Mr. Earle's Motion for Leave to Appeal In Forma Papueris. [R. 48, 51]. In his Report, the Magistrate Judge concluded that Earle's opinion would not be taken in objective good faith because it was interlocutory thereby removing appellate jurisdiction for the Sixth Circuit Court of Appeals. [R. 51]. Accordingly, the Magistrate Judge recommended that this Court deny Earle's Motion to Proceed In Forma Pauperis and certify that the appeal was not taken in good faith. [*Id.*]. Further, the Magistrate Judge noted that Mr. Earle failed to provide all of the information

required to even make the determination. [*Id*.].  Finally, the Report and Recommendation concluded that, to the extent Mr. Earle sought a certificate of appealability, that too should be denied. [*Id*.].

On February 21, 2008, Mr. Earle filed his Objections to the Report and Recommendation. [R. 53].  With respect to the failure to provide the appropriate information or statements to make the pauper determination, Mr. Earle relies on his pro se status and contends that he should have an opportunity to correct the deficiency. [*See id*.].  Further, he disagrees with the determination that his appeal is not taken in good faith.  [*See id*.].  Finally, he asks that this Court apply the collateral order doctrine to allow him to appeal an interlocutory order. [*See id*.].

This Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c).  Upon such review, it appears that Mr. Earle's Objections are without merit and are overruled.  Critical to this determination is the interlocutory nature of his appeal.  Mr. Earle appealed a non-final order. The Sixth Circuit Court of Appeals does not have jurisdiction over such an action, a fact which the appellate court confirmed during the pendency of this matter, when it dismissed Mr. Earle's appeal. [R. 69].  This makes all other issues raised by Mr. Earle moot.  In sum, having made a *de novo* determination, the Court is in agreement with the Magistrate Judge's Report and Recommendation. [R. 51].

Accordingly, the Court being sufficiently advised, it is hereby **ORDERED** that

1. The Plaintiff's Objections to the Magistrate's Report and Recommendation [R. 53] are **OVERRULED**;

2. The Magistrate Judge's Report and Recommendation [R. 51] is **ADOPTED** as

and for the opinion of this Court; and

    3.    The Motion to Proceed on Appeal In Forma Pauperis [R. 48] is **DENIED**.

This the 29th day of July, 2008.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge